AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States of America       )
            v.                 )    Case No. DR 4:26MJ442

Stephanie Gusman       )
_____ )
           Defendant        )    Charging District's Case No. DR-CR-26-01860-AM

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* **Western District of Texas** .

I have been informed of the charges and of my rights to:

     (1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

     (2)     an identity hearing to determine whether I am the person named in the charges;

     (3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

     (4)     a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

     (5)     a hearing on any motion by the government for detention;

     (6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

     ☑     an identity hearing and production of the warrant.

     ☐     a preliminary hearing.

     ☐     a detention hearing.

     ☑     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 07/08/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Tatiana Obando
*Printed name of defendant's attorney*